*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH LAWRENCE PATTERSON,** | Case No. C 09-3536 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **J. F. SALAZAR, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING is hereby ordered that the time for responding to the Order to Show Cause be enlarged to and including December 3, 2009.

Dated: 12/7/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge