*E-FILED - 2/9/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAWRENCE PATTERSON,<br><br>         Petitioner,<br><br>   v.<br><br>J. F. SALAZAR, Warden,<br><br>         Respondent.<br>_____/ | No. C 09-3536 RMW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE<br><br>(Docket No. 14) |

Good cause appearing, petitioner's application for enlargement of time in which to file a traverse is GRANTED. Petitioner shall file a traverse on or before thirty (30) days from the date this order is signed.

This order terminates docket no. 14.

IT IS SO ORDERED.

DATED: 2/8/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Enlargement of Time to File Traverse
P:\PRO-SE\SJ.Rmw\HC.09\Patterson536Eot-Traverse.wpd